**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*:
**BRENDA MOJICA** :
 :
**V.** : **CIVIL ACTION NO. 3:21-cv-01227**
 :
**WAL-MART STORES EAST, LIMITED** :
**PARTNERSHIP** : **SEPTEMBER 15, 2021**
 :

## ANSWER AND AFFIRMATIVE DEFENSES

1. The Defendant lacks sufficient information to admit or deny the allegations of this paragraph and therefore leaves the plaintiff to her proof.

2. Denied.

3. Admit so much of paragraph 3 that alleges that the defendant possessed and controlled certain improvements to real property located at 3164 Berlin Turnpike, Newington, Connecticut, 06111. Except as expressly admitted, the Defendant lacks sufficient information to admit or deny the remaining allegations of this paragraph and therefore leaves the plaintiff to her proof.

4. The Defendant lacks sufficient information to admit or deny the allegations of this paragraph and therefore leaves the plaintiff to her proof.

5. The Defendant lacks sufficient information to admit or deny the allegations of this paragraph and therefore leaves the plaintiff to her proof.

6. The Defendant lacks sufficient information to admit or deny the allegations of this paragraph and therefore leaves the plaintiff to her proof.

7. Paragraph 7, including all subparagraphs therein, is denied.

**ROGIN NASSAU LLC** • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT 06103-3460 • (860) 256-6300 • JURIS NO. 050793

8. Paragraph 8, including all subparagraphs therein, is denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

## AFFIRMATIVE DEFENSES

**FIRST AFFIRMATIVE DEFENSE**

If the plaintiff, Brenda Mojica, sustained any damages and/or injuries in the manner and to the extent as alleged in the Complaint, which is expressly denied, then any such damages and/or injuries were the result, in whole or in part, due to the plaintiff's own negligence in that:

a. she failed to keep a proper lookout and be watchful of her surroundings;

b. she failed to exercise reasonable care for her own well-being and to act as a reasonably prudent person under the circumstances then and there existing.

The defendant hereby demands a trial by jury in this matter.

THE DEFENDANT

By: /s/ *Eric B. Caines*
Eric B. Caines [ct30049]
George C. Springer, Jr. [ct03263]
Rogin Nassau LLC
185 Asylum Street, 22nd Floor
Hartford, CT 06103-3460
Tel: (860) 256-6350
Fax: (860) 278-2179
E-mail: ecaines@roginlaw.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was served electronically this 15th day of September, 2021 and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    Maxine E. Mahabub, Esq.
    Cicchiello & Cicchiello, LLP
    364 Franklin Avenue
    Hartford, CT 06114

    mmahabub@cicchielloesq.com

    /s/ *Eric B. Caines*
    Eric B. Caines [ct30049]

**ROGIN NASSAU LLC** • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT 06103-3460 • (860) 256-6300 • JURIS NO. 050793