UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRENDA MOJICA,
    *Plaintiff*,

v.

WAL-MART STORES EAST, LIMITED
PARTNERSHIP,

    *Defendant.*

No. 3:21-cv-01227 (VAB)

## VERDICT FORM

### PART I: Liability

1. Do you find that Plaintiff Brenda Mojica has proven her Premises Liability Negligence claim against Defendant Wal-Mart Stores East, Limited Partnership by a preponderance of the evidence?

    Yes ✓    No ____

*If you answered "Yes" to Question 1, then proceed to Part II. If you answered "No" then go directly to Part IV.*

### PART II: Affirmative Defense

2. Do you find that Defendant Wal-Mart Stores East, Limited Partnership has proven its affirmative defenses by a preponderance of the evidence?

    Yes ____    No ✓

*If you answered "Yes" to Question 2, then proceed to Question 3. If you answered "No," then go directly to Part III.*

3. If you answered "Yes" to question 2, what percentage of liability do you attribute to:

    a. Wal-Mart Stores East, Limited Partnership: ____ %
    b. Brenda Mojica: ____ %
    Total: 100%

    N/A

*Keep in mind the total liability percentage must add up to 100%. If you answered 50% or less for Brenda Mojica, then proceed to Part III. If not, proceed to Part IV.*

1

## PART III: Damages

4. If you answered "Yes" to Question 1, state the amount in damages, if any, to be awarded to Brenda Mojica. Keep in mind that this is the total amount in damages before the percentage of liability, if any, is applied.

    a. Economic Damages:      $95,000
    b. Non-Economic Damages:  $125,000

*Please proceed to Part IV*

## PART IV: Conclusion of Deliberations

**Thank you. Your deliberations are now complete, and you should have your jury foreperson note the date and time below and sign in the space provided. YOUR ANSWERS MUST BE UNANIMOUS. You should notify the marshal that you have reached a verdict. Your completed Verdict Form will then be returned to the Court.**

06.07.23        \_\_\_\_ a.m./p.m.           /s/

Date            Time                       Signature of Foreperson

2